Joseph A. Broderick, as Superintendent of Banks of the State of New York, Plaintiff, v. Samuel Shapiro, Respondent, Impleaded with Howard M. Ernst and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs

and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.